September 9, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

RACHEL GAYLE-ASHTON, Appellant

NO. 14-14-00596-CV                              V.

MORGAN WEST OAKS APARTMENTS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 5, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Rachel Gayle-Ashton.

We further order this decision certified below for observance.